429 A.2d 55

Commonwealth v. Patterson, Appellant.

Argued November 13, 1979.  Donald Calaiaro, Assistant Public Defender, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

429 A.2d 56

Commonwealth v. Thomas, Appellant.

Submitted March 21, 1980.  John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence is hereby affirmed.